**FILED**

NOV 0 5 2014

Clerk, U.S District Court
District Of Montana
Great Falls

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CANADADRUGS.COM LTD. PARTNERSHIP,<br>THORKELSON CONSULTING, LTD.,<br>4208081 CANADA, LTD.<br>ROCKLEY VENTURES, LTD.,<br>GLOBAL DRUG SUPPLY, LTD.,<br>RIVER EAST SUPPLIES, LTD.,<br>KRISTJAN THORKELSON,<br>THOMAS HAUGHTON<br>RONALD SIGURDSON,<br>TROY NAKAMURA,<br>DARREN CHALUS,<br>NARINDER KAULDER,<br>JIM TRUEMAN,<br>RAM KAMATH,<br><br>Defendants. | CR 14 - 27 -BU-DLC<br><br>ORDER<br><br>(*FILED UNDER SEAL*)<br>D. Mont. L.R. CR 55.1(b)(1) |

On motion of the United States and for good cause appearing,

IT IS ORDERED that the Indictment and related papers under this case number shall be sealed, *see* Fed. R. Crim. P. 6(e)(4), with the exception that the

1

United States may disclose the Indictment, through the U.S. Department of Justice, Office of International Affairs, to foreign governments assisting in a Mutual Legal Assistance Treaties process.

IT IS FURTHER ORDERED that all proceedings in the above entitled cause are hereby STAYED for a period of six months, that is, until May 5, 2015. The Clerk of Court is directed to issue no summons for appearance until that date for an arraignment date selected by the U.S. Magistrate Judge sitting for the Butte Division of the Court.

Dated this 5 day of November, 2014.

R. KEITH STRONG
United States Magistrate Judge