**LODGED**

NOV 0 6 2014

Clerk, U.S. District Court
District Of Montana
Helena



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CANADADRUGS.COM LTD. PARTNERSHIP,<br>THORKELSON CONSULTING, LTD.,<br>4208081 CANADA, LTD.<br>ROCKLEY VENTURES, LTD.,<br>GLOBAL DRUG SUPPLY, LTD.,<br>RIVER EAST SUPPLIES, LTD.,<br>KRISTJAN THORKELSON,<br>THOMAS HAUGHTON<br>RONALD SIGURDSON,<br>TROY NAKAMURA,<br>DARREN CHALUS,<br>NARINDER KAULDER,<br>JIM TRUEMAN,<br>RAM KAMATH,<br><br>Defendants. | CR 14-27-BU-DLC<br><br>ORDER<br><br>*(FILED UNDER SEAL)*<br>D. Mont. L.R. CR 55.1(b)(3) |

On motion of the United States and for good cause appearing,

IT IS ORDERED that the Clerk is authorized to issue arrest warrants as to

1

Kristjan Thorkelson, Thomas Haughton, Ronald Sigurdson, Troy Nakamura, Darren Chalus, Narinder Kaulder, and Jim Trueman. *See* Fed. R. Crim. P. 9(a).

Dated this 7th day of November, 2014.

_____
JEREMIAH C. LYNCH
United States Magistrate Judge