Michael J. Sherwood
MICHAEL J. SHERWOOD, P.C.
401 N. Washington, P.O. Box 8358
Missoula, Montana59807
Phone:  (406) 721-2729
Fax:  (406) 728-8878
mike@mjsherwoodlaw.com

      Attorney for Ram Kamath



**FILED**

APR 3 0 2015

Clerk, U.S. District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>RAM KAMATH,<br><br>       Defendant. | CR 14-27-BU-DLC<br><br>NOTICE OF APPEARANCE<br>OF MICHAEL J. SHERWOOD<br>AS ATTORNEY FOR<br>RAM KAMATH |

Michael J, Sherwood, Attorney at Law, hereby gives notice of his

appearance and that of his Law Firm, Michael J. Sherwood, P.C. as Counsel for

RAM KAMATH in the above-captioned matter.

Respectfully Submitted this _30__ day of April, 2015.

MICHAEL J. SHERWOOD, P.C.

By: _____

Michael J. Sherwood
Attorney for Ram Kamath

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April, 2015, a copy of the foregoing

document was served on the following persons by the means indicated below:

|  |  |  |  |
|---|---|---|---|
| ☒ | CM/ECF | 1-2 | Hand Delivery |
| ____ | Fax | ____ | U.S. Mail |
| ____ | E-mail | ____ | Overnight Delivery |

1.   Clerk, U.S. District Court

2.   Chad C. Sparker
     Asst. U.S. Attorney
     Peter Leininger
     Special Asst. U.S. Attorney
     U.S. Attorney's Office
     901 Front Street, Suite 1100
     Helena, MT 59626
     Chad.Spraker@usdoj.gov
     Peter.Leininger@fda.hhs.gov

_____
Michael J. Sherwood
Attorney for Ram Kamath

-3-