Michael J. Sherwood
MICHAEL J. SHERWOOD, P.C.
401 N. Washington, P.O. Box 8358
Missoula, Montana 59807
Phone: (406) 721-2729
Fax: (406) 728-8878
mike@mjsherwoodlaw.com

Attorney for Ram Kamath



FILED
APR 30 2015
Clerk, U.S District Court
District Of Montana
Missoula

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| UNITED STATES OF AMERICA, | CR 14-27-BU-DLC |
|---|---|
| Plaintiff, | |
| vs. | RAM KAMATH'S ASSERTION OF HIS FIFTH AND SIXTH AMENDMENT RIGHTS |
| RAM KAMATH, | |
| Defendants. | |

    I, RAM KAMATH, Defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present while this case is

pending at any and all of my interactions with employees or agents of the United States, the State of Montana or any other State, any Native American Tribe, or of any political subdivision, agency, or department of those entities. I assert this right regarding all matters, whether or not the interaction is related to the charges pending in this case.

I do not wish to and, unless my attorney is present, will not waive any of my constitutional rights.

I do not want any representative of the United States, any state, or any Native American tribe acting in any capacity to question me, or to contact me seeking my waiver of any rights, unless my attorney is present.

Dated this 30th day of April, 2015.

_____
Ram Kamath

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of April, 2015, a copy of the foregoing document was served on the following persons by the means indicated below:

| | | | |
|---|---|---|---|
| __1-2__ | CM/ECF | _____ | Hand Delivery |
| _____ | Fax | _____ | U.S. Mail |
| _____ | E-mail | _____ | Overnight Delivery |

1. Clerk, U.S. District Court

2. Chad C. Sparker
   Asst. U.S. Attorney
   Peter Leininger
   Special Asst. U.S. Attorney
   U.S. Attorney's Office
   901 Front Street, Suite 1100
   Helena, MT 59626
   Chad.Spraker@usdoj.gov
   Peter.Leininger@fda.hhs.gov

Michael J. Sherwood
Attorney for Ram Kamath