FILED

AUG 0 6 2015

Clerk, U.S. District Court
District Of Montana
Missoula

Michael J. Sherwood
MICHAEL J. SHERWOOD, P.C.
401 N. Washington, P.O. Box 8358
Missoula, Montana59807
Phone:  (406) 721-2729
Fax:  (406) 728-8878
mike@mjsherwoodlaw.com

      Attorney for Ram Kamath

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>RAM KAMATH,<br><br>     Defendant. | CR 14-27-BU-DLC<br><br><br>**DEFENDANT KAMATH'S UNOPPOSED MOTION TO CONTINUE DATE OF ARRAIGNMENT ON SUPERSEDING INDICTMENT** |

## I.      MOTION.

The Defendant, RAM KAMATH, by and through his Counsel, Michael J. Sherwood, respectfully moves the Court to issue an ORDER continuing the arraignment of Mr. Kamath on the Superseding Indictment which is currently set for August 17, 2015 to August 24, 2015 or a date thereafter convenient to the Court.

## II.     BASIS FOR MOTION.

This motion is made because Defendant will be returning to Illinois from a trip with his family on August 16, 2015, the day before he is to appear for arraignment on the Superseding Indictment.  His family, some of whom will have traveled from India, will still be visiting him.

## III.    CONTACT WITH GOVERNMENT'S COUNSEL.

Defense Counsel has contacted Assistant United States Attorney (AUSA) Chad C. Spraker regarding this motion to determine whether he objects. Mr. Spraker has advised he has no objection.   Because this motion is UNOPPOSED Mr. Kamath has not filed a supporting brief.

-2-

RESPECTFULLY SUBMITTED this 5th day of August, 2015.

MICHAEL J. SHERWOOD, P.C.

Michael J. Sherwood
Attorney for Ram Kamath

## CERTIFICATE OF SERVICE

I hereby certify that on this $\underline{6^{th}}$ day of August, 2015, a copy of the

foregoing document was served on the following persons by the means indicated

below:

| | | | |
|---|---|---|---|
| _____ | CM/ECF | __1__ | Hand Delivery |
| _____ | Fax | _____ | U.S. Mail |
| __2__ | E-mail | _____ | Overnight Delivery |

1.   Clerk, U.S. District Court

2.   Chad C. Spraker
     Asst. U.S. Attorney
     Peter Leininger
     Special Asst. U.S. Attorney
     U.S. Attorney's Office
     901 Front Street, Suite 1100
     Helena, MT 59626
     Chad.Spraker@usdoj.gov
     Peter.Leininger@fda.hhs.gov

_____
Michael J. Sherwood
Attorney for Ram Kamath

-4-