# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 14-27-BU-DLC |
| Plaintiff, | |
| vs. | ORDER |
| RAM KAMATH, | |
| Defendant. | |

Defendant has filed an unopposed motion to continue his arraignment on the superseding indictment.  Accordingly, and good cause appearing,

IT IS ORDERED that the arraignment set for August 17, 2015 is VACATED and RESET for August 25, 2015, at 11:00 a.m. at the Russell Smith Courthouse, 201 E. Broadway, in Missoula, Montana.

DATED this 7th day of August, 2015.

Jeremiah C. Lynch
United States Magistrate Judge