IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CANADADRUGS.COM LTD. PARTNERSHIP, THORKELSON CONSULTING, LTD., 4208081 CANADA, LTD. ROCKLEY VENTURES, LTD., GLOBAL DRUG SUPPLY, LTD., RIVER EAST SUPPLIES, LTD.,<br><br>Defendants. | CR 14-27-BU-DLC<br><br>ORDER |

The United States has filed a Motion to Reissue Summonses and Reset Initial Appearance Date. Good cause appearing,

IT IS ORDERED that Canadadrugs.Com Ltd. Partnership, Thorkelson Consulting, Ltd., 4208081 Canada, Ltd., Rockley Ventures, Ltd., Global Drug Supply, Ltd., and River East Supplies, Ltd.'s, initial appearance date is set for January 7, 2016, at 2:00 p.m., at the Russell Smith Courthouse, 201 E. Broadway,

in Missoula.

The Clerk is directed to issue summonses for the above defendants.

DATED this 4th day of November, 2015.

_Jeremiah C. Lynch_
Jeremiah C. Lynch
United States Magistrate Judge