## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MONTANA
## FTR GOLD RECORDING OR TRANSCRIPT DESIGNATION AND ORDERING FORM
*Please read instructions.*

| | | |
|---|---|---|
| 1. NAME: Colin M. Stephens | 2. PHONE NUMBER: (406) 721-0300 | 3. DATE: 1/11/2016 |
| 4. MAILING ADDRESS: 315 W. Pine | 5. E-MAIL ADDRESS: colin@smithstephens.com | 6. CITY: Missoula  7. STATE: MT |
| 8. ZIP CODE: 59802  9. JUDGE: Jeremiah C. Lynch | 10. CASE NAME: U.S. v. Canadadrugs.com Ltd., et. al. | |
| 11. U.S. DISTRICT COURT CASE NUMBER: CR 14-27-BU-DLC | 12. COURT OF APPEALS CASE NUMBER: | |

**13. ORDER FOR**

- [ ] APPEAL
- [ ] CRIMINAL
- [ ] CRIMINAL JUSTICE ACT
- [ ] BANKRUPTCY
- [ ] NON-APPEAL
- [ ] CIVIL
- [ ] IN FORMA PAUPERIS
- [x] OTHER - Specify

**14. RECORDING REQUESTED:** Specify portion(s) and date(s) of proceeding(s).
PAYMENT: Financial arrangements must be made with the Clerk's Office before recording is prepared.
Copy Cost: $30 for each proceeding.

| Proceedings | Date(s) | Judge |
|---|---|---|
| Initial Appearance/Arraignment | 1/7/2016 | Judge Lynch |
| | | |

**15. TRANSCRIPT REQUESTED:** Select transcriber from the provider list.
Specify portion(s) and date(s) of proceedings.
Financial arrangements must be made with the transcriber before the transcript is prepared.

| Proceedings | Date(s) | Judge |
|---|---|---|
| Initial Appearance/Arraignment | 1/7/2016 | Judge Lynch |
| | | |

| CATEGORY | ORIGINAL (Includes certified copy to clerk for records of the Court) | FIRST COPY | ADDITIONAL COPIES | FORMAT REQUESTED - Paper | FORMAT REQUESTED - Electronic Specify File Format |
|---|---|---|---|---|---|
| 30-Day | $3.65/page | $.90/page | $.60 page | ☐ Full Size  ☐ A-Z word index | ☐ ASCII  ☐ A-Z word index  ☐ PDF |
| 14-Day | $4.25/page | $.90/page | $.60/page | ☐ Full Size  ☐ A-Z word index | ☐ ASCII  ☐ A-Z word index  ☐ PDF |
| 7-Day | $4.85/page ✓ | $.90/page | $.60/page | ☐ Full Size  ☐ A-Z word index | ☐ ASCII  ☐ A-Z word index  ☑ PDF |
| DAILY | $6.05/page | $1.20/page | $.90/page | ☐ Full Size  ☐ A-Z word index | ☐ ASCII  ☐ A-Z word index  ☐ PDF |
| HOURLY | $7.25/page | $1.20/page | $.90/page | ☐ Full Size  ☐ A-Z word index | ☐ ASCII  ☐ A-Z word index  ☐ PDF |

**16. DISTRIBUTION**
E-file this form with the Clerk's Office, mail to opposing counsel if they are not electronic filers and serve the court reporter.
If payment is authorized under CJA, do not e-file the CJA-24 form. Mail it to the transcriber.

Signature: /s/ Colin M. Stephens

Revised 2/17/12