JoAnn Corson Bacheller
Registered Diplomate Reporter
Certified Realtime Reporter
P. O. Box 8006
Missoula, Montana 59807-8006
406/829-7123 office
406/542-7272 fax
joann_bacheller@mtd.uscourts.gov

United States Court Reporter

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**BUTTE DIVISION**

```
UNITED STATES OF AMERICA,        )
                   Plaintiff,    )
     vs.                         ) No. CR 14-27-BU-DLC
                                 )
CANADADRUGS.COM LTD. PARTNERSHIP,) TRANSCRIPT OF DOCKET CALL
THORKELSON CONSULTING, LTD.,     )
4208081 CANADA, LTD.,            )
ROCKLEY VENTURES, LTD.,          )
GLOBAL DRUG SUPPLY, LTD.,        )
RIVER EAST SUPPLIES, LTD.,       )
KRISTJAN THORKELSON,             )
THOMAS HAUGHTON,                 )
RONALD SIGURDSON,                )
TROY NAKAMURA,                   )
DARREN CHALUS,                   )
NARINDER KAULDER,                )
JAMES TRUEMAN,                   )
                   Defendants.   )
_____)
```

**BEFORE THE HONORABLE JEREMIAH C. LYNCH**
**UNITED STATES DISTRICT COURT MAGISTRATE JUDGE**
**FOR THE DISTRICT OF MONTANA**

Russell Smith United States Courthouse
201 East Broadway
Missoula, Montana 59802
Thursday, January 7, 2016
15:29:00 to 15:33:00

Proceedings recorded by FTR Gold Digital Audio

```
 1                        APPEARANCES

 2   For the Plaintiff:          MR. CHAD C. SPRAKER
                                 Assistant U.S. Attorney
 3                               901 Front Street, Suite 1100
                                 Helena, Montana 59626
 4

 5                         CONTENTS

 6   Proceedings ..........................................    3

 7   Reporter's Certificate ...............................    6

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Case 2:14-cr-00027-DLC Document 144 Filed 01/12/16 Page 2 of 6

1                          PROCEEDINGS
2          (Open court.)
3          (Defendants not present.)
4          THE CLERK:  This is the time set for initial
5    appearance/arraignment in *USA v.* the Canadian -- *CanadaDrug,*
6    *et al.*   It's Case No. CR 14-27-Butte-DLC.
7          THE COURT:  Mr. Spraker, good afternoon.  What do
8    you have to tell me?
9          MR. SPRAKER:  Good afternoon, Your Honor.
10         THE COURT:  What do you have to tell me?
11         MR. SPRAKER:  Your Honor, I have been in
12   communication with defense counsel for -- who has referred to
13   himself previously as counsel for the corporate entities, and
14   he indicated to me on Tuesday the 5th that he would not be
15   attending today.
16         Prior to today's hearing, the United States made
17   supplemental MLAT requests to the foreign authorities of
18   Canada and the UK, requesting service on the corporate
19   entities listed in the indictment.
20         The Canadian firm representing Kris Thorkelson and
21   Tom Haughton received summonses on December 11 of 2015 as
22   reflected in a recent filing, Exhibit A; and, also, a summons
23   for River East was delivered personally to employees of
24   River East on January 5 of 2016 as stated in Exhibit B.
25         Of course, it's a problem for the United States that

1  anytime that we have a foreign corporation -- and as evident
2  today, we do not have corporate counsel for the defendants,
3  which then brings us to the appropriate remedy.
4              This is an area of law that I researched in terms of
5  what the government can do to bring a corporate defendant from
6  a foreign country into the District of Montana, and what the
7  government intends to do at this point is -- Kris Thorkelson
8  and Tom Haughton are both heads of the respective companies
9  that we've listed in the indictment.  We're still proceeding
10 with the extradition process, and what the Court could do
11 potentially, if the corporate entities still refuse to come to
12 court, is that the Court actually can appoint counsel for the
13 companies once the individual defendants are here, which the
14 government would propose for the two counsel for Thorkelson
15 and Haughton.
16             Of course --
17             THE COURT:  If they're eligible?
18             MR. SPRAKER:  If they're eligible, correct, and once
19 they make an appearance.
20             So what the government would propose is that we
21 continue with the extradition process, and, if they still
22 refuse to make an appearance, we would then ask the Court to
23 appoint them as counsel.
24             THE COURT:  In their absence or if they make the
25 appearance?

4

```
 1            MR. SPRAKER:  If they make the appearance.
 2            THE COURT:  All right.  Fine.
 3            It's not that I don't like seeing you, but I will
 4  see you on this matter when I have them there next time.
 5            MR. SPRAKER:  Yes, Your Honor.
 6            THE COURT:  Fair enough?
 7            MR. SPRAKER:  Thank you.
 8            THE COURT:  All right.  Good to see you.
 9            MR. SPRAKER:  You too.
10            THE COURT:  Happy New Year.
11            MR. SPRAKER:  You, too.
12            THE COURT:  All right.  The Court stands in recess.
13            THE CLERK:  All rise.
14       (Proceedings were adjourned at 15:33:00.)
15
16
17
18
19
20
21
22
23
24
25
```

1                    REPORTER'S CERTIFICATE

2           I, JoAnn Corson Bacheller, certify that the

3    foregoing transcript is an accurate transcription to the best

4    of my ability from the digital audio recording of the

5    proceedings given at the time and place hereinbefore

6    mentioned; and that a certified copy of this transcript will

7    be filed electronically with the Court.

8           I further certify that I am not attorney for, nor

9    employed by, nor related to any of the parties or attorneys to

10   this action, nor financially interested in this action.

11          IN WITNESS WHEREOF, I have set my hand at Missoula,

12   Montana this 12th day of January, 2016.

13

14                                  /s/ JoAnn Corson Bacheller
                                    _____
15                                  JoAnn Corson Bacheller
                                    United States Court Reporter